USCA1 Opinion

 

 July 7, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1119 RAYMOND A. BRISON, Plaintiff, Appellant, v. MARSOLAIS, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Rya W. Zobel, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Raymond A. Brison on brief pro se. _________________ ____________________ ____________________ Per Curiam. We have carefully reviewed the ___________ appellant's brief and the record on appeal. We agree with the district court's conclusion that appellant's complaint is barred by Massachusetts' three-year statute of limitations on personal injury actions, Mass. Gen. L. ch. 260, 2A, which is applicable to civil rights complaints, filed pursuant to 42 U.S.C. 1983. Owens v. Okure, 488 U.S. 235 (1989); see _____ _____ ___ also Street v. Vose, 936 F.2d 38 (1st Cir. 1991), cert. ____ ______ ____ _____ denied, 112 S. Ct. 948 (1992). There is nothing in the ______ record to suggest that that limitations period was, or ought to have been, tolled. The order of the district court dismissing the complaint is, therefore, affirmed. Affirmed. ________